Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000825
08-MAR-2018
11:32 AM

NO. CAAP-17-0000825

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FIRST HAWAIIAN BANK, Plaintiff-Appellee,
v.
SAL C. CORDERO, Individually and as Trustee of the
Sal C. Cordero Trust, an unrecorded Revocable Living Trust
dated March 28, 1992; ANN LOU S. CORDERO,
also known as ANN LOU CORDERO, Individually and as Trustee
of the Ann Lou S. Cordero Trust, an unrecorded
Revocable Living Trust dated March 28, 1992;
MALIA CORDERO, VICTOR CORDERO and DAVID A. CORDERO,
as Co-Trustees of the Sal C. Cordero Irrevocable Generation-
Skipping Trust dated September 15, 1994 and as
Co-Trustees of the Ann Lou Cordero Irrevocable Generation-
Skipping Trust dated September 15, 1994;
ASSOCIATION OF APARTMENT OWNERS OF HOOKAHI BUSINESS CENTER,
by its Board of Directors, Defendants-Appellants,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10;
and DOE GOVERNMENT UNITS 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 17-1-0267(2))

ORDER APPROVING THE FEBRUARY 26, 2018
STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Fujise, Acting Chief Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice of Appeal, filed February 26, 2018, by
Defendants-Appellants Sal C. Cordero, Individually and as
Trustee, Ann Lou S. Cordero, Individually and as Trustee (Ann
Cordero), Malia Cordero, Victor Cordero, and David A. Cordero, as

Co-Trustees, the papers in support, and the record, it appears that (1) the appeal was docketed on January 2, 2018; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice, and that Ann Cordero "is liable for [Plaintiff-Appellee First Hawaiian Bank's (First Hawaiian Bank)] reasonable attorneys' fees and costs for the Appeal"; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. Ann Cordero is liable for First Hawaiian Bank's attorneys' fees and costs on appeal, otherwise the parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, March 8, 2018.

Acting Chief Judge

Associate Judge

Associate Judge

-2-